No. 72–1612. CONNOR *v.* ARKANSAS. Appeal from Sup. Ct. Ark. dismissed for want of substantial federal question.

No. 72–6799. CANFIELD *v.* OKLAHOMA. Appeal from Ct. Crim. App. Okla. dismissed for want of substantial federal question.

No. 72–6880. SMITH ET UX. *v.* REEDER ET UX. Appeal from Ct. App. Okla. dismissed for want of substantial federal question.

No. 73–273. MONTENEGRO ET AL. *v.* NEW JERSEY ET AL.; and

No. 73–274. MEADOWLANDS REGIONAL DEVELOPMENT AGENCY ET AL. *v.* NEW JERSEY ET AL. Appeals from Sup. Ct. N. J. dismissed for want of substantial federal question. Reported below: 63 N. J. 35, 304 A. 2d 545.

No. 73–275. ALABAMA GREAT SOUTHERN RAILROAD CO. ET AL. *v.* LOUISIANA;

No. 73–335. ILLINOIS CENTRAL RAILROAD CO., NOW ILLINOIS CENTRAL GULF RAILROAD *v.* LOUISIANA;

No. 73–340. SOUTHERN PACIFIC TRANSPORTATION CO. *v.* LOUISIANA;

No. 73–341. TEXAS PACIFIC-MISSOURI PACIFIC TERMINAL RAILROAD OF NEW ORLEANS *v.* LOUISIANA; and

No. 73–342. LOUISIANA & ARKANSAS RAILWAY CO. *v.* LOUISIANA. Appeals from 24th Jud. Dist. Ct. La., Jefferson Parish, dismissed for want of substantial federal question. MR. JUSTICE POWELL took no part in the consideration or decision of these appeals.